IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TOMI BOONE FINKLE | * | |
| vs. | * | Case No. 13-cv-3236-JKB |
| HOWARD COUNTY, MARYLAND | * | |
| | ****** | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[X]   I certify, as party/counsel in this case that  Howard County, Maryland
                                                    (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association,
partnership or other business entity, not a party to the case, has a financial interest in the outcome
of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ]   The following corporate affiliations exist with _____:
                                                        (name of party)
_____
                    (names of affiliates)

[ ]   The following corporations, unincorporated associations, partnerships or other business
entities which are not parties may have a financial interest in the outcome of this litigation:

_____
        (names of entities with possible financial interests)

April 24, 2014                          *[signature]*
*Date*                                  *Signature*

                                        Cynthia G. Peltzman          11730
                                        *Printed Name*               *Bar Number*

                                        3450 Court House Drive
                                        *Address*

                                        Ellicott City, Maryland  21043
                                        *City/State/Zip*

                                        410.313.2104                 410.313.3292
                                        *Phone No.*                  *Fax No.*